IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY T. LINARES | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv439 |
| D. LANGLEY, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Larry T. Linnares,  proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending a motion filed by plaintiff seeking a preliminary injunction be denied as moot.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Proper notice was given to plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2).  No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 70] is ADOPTED as the opinion of the Court.  The motion for a preliminary injunction [Dkt. 13] is DENIED as moot.

**SIGNED this 13th day of March, 2026.**

Michael J. Truncale
United States District Judge