IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY T. LINARES | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-439 |
| D. LANGLEY, *et al.*, | § | |

### MEMORANDUM OPINION AND ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

Plaintiff, Larry T. Linares, an inmate formerly confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 complaining of events which occurred while he was incarcerated at the Mark Stiles Unit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.

On May 21, 2026, the magistrate judge recommended denying Plaintiff's request for preliminary injunctive relief [Dkt. 98]. The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the records, and pleadings. Plaintiff filed Objections [Dkt. 103]. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff's objections can be summarized as continued complaints that he is being subjected to "torturous heat, pulsation, shocking and current through electromagnetic induction apparatus." While Plaintiff asserts that this has occurred at the Stiles Unit, the Connally Unit, and the Byrd Unit, Plaintiff ignores the Magistrate Judge's reasoning that preliminary injunctive relief cannot be granted against Defendants who are not currently part of this lawsuit. The above-referenced complaint involves allegations of constitutional violations against Defendants at the Mark Stiles Unit. The Magistrate Judge noted that Plaintiff was free to file a request for preliminary injunctive relief against Defendants at the Connally Unit where he is currently incarcerated. As a result, Plaintiff's requests

for preliminary injunctive relief [Dkt. 32, 33, 38, 61 & 64] are denied.

ORDER

Accordingly, Plaintiff's objections are OVERRULED.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

**SIGNED this 16th day of June, 2026.**

Michael J. Truncale
United States District Judge